WILLIAM E. BARRETT et al., Appellants, *v.* EDWARD C. BOEHM, Respondent.

Argued February 28, 1939; decided April 4, 1939.

*John J. Bennett, Jr.*, Attorney-General (*Henry Epstein* and *John C. Crary* of counsel), for appellants.

*H. Eliot Kaplan* for Civil Service Reform Association, *amicus curiæ*.

*David Diamond*, Corporation Counsel (*Andrew P. Ronan* of counsel), for respondent.

*William C. Chanler*, Corporation Counsel (*Jeremiah M. Evarts* of counsel), for city of New York, *amicus curiæ*.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.